**Angelo B. Pirola et al., Appellees, v. W. J. Turner
Company, Appellant.**

**Gen. No. 14,120.**

This was a mechanic's lien proceeding instituted by
a sub-contractor. *Held,* first, that nothing is regarded

as admitted by an answer in chancery unless it is expressly admitted,—an answer which calls for strict proof requires strict proof; and second, that the right to a mechanic's lien, under the circumstances of this case, was dependent upon the service of notice of lien, of the service of which notice no proof was made.

Mechanic's lien. Appeal from the Superior Court of Cook county; the Hon. WILLARD M. McEWEN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Reversed and remanded with directions. Opinion filed July 14, 1908.

DOLPH, BUELL & ABBEY, for appellant.

GALLAGHER & MESSNER, for appellee.

MR. JUSTICE SMITH delivered the opinion of the court.